IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ALEXANDRIA FRAZIER,

    Defendant.

CRIMINAL CASE NO.

1:10-CR-498-01-JEC

**ORDER**

The above criminal action is presently before the Court on the Magistrate Judge's Report and Recommendation [12] recommending accepting defendant's plea of guilty tendered on January 24, 2011. No objections to the Report and Recommendation [12] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [12] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Information.

On February 2, 2011, the Court set the sentencing date for April 25, 2011. On February 4, 2011, the Government filed an Unopposed Motion to Continue the Sentencing [14]. The Court will **GRANT** the Government's Unopposed Motion to Continue the Sentencing [14]. The sentencing hearing is reset for **FRIDAY, JUNE 10, 2011, 3:00 P.M., COURTROOM 2107.**

AO 72A
(Rev.8/82)

SO ORDERED this ___8___ day of FEBRUARY, 2011.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

2

AO 72A
(Rev.8/82)